UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE M. HESTER,

    Plaintiff,

v.                                             Case No. 15-51463

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                   /

## ORDER DENYING PLAINTIFF'S REQUEST
## FOR PERMISSION TO FILE COMPLAINT

Currently pending before this court is Petitioner Annie M. Hester's request for judicial review of the decision of the Commissioner of Social Security. (Dkt. # 1.) This is not petitioner's first attempt to obtain judicial review. On September 2, 2009, the Honorable Thomas L. Ludington barred Plaintiff from filing any further actions against the Commissioner of Social Security in the Eastern District of Michigan unless she receives written permission from the court. (Case No. 08-14575, Dkt. # 15.) Petitioner had already filed three actions against the Commissioner, and Judge Ludington explained that the court lacked subject matter jurisdiction over such claims and that *res judicata* barred the claims. Nonetheless, since then, petitioner has filed more than a dozen subsequent actions against the Commissioner of Social Security, all of which have been denied or dismissed by various judges of this district. *See Annie M. Hester v. Comm'r of Soc. Sec.,* No. 12-51140 (filed Aug. 17, 2012) (Rosen, J.) (denied); No. 12-14352 (filed Oct. 1, 2012) (Cox, J.) (dismissed); No. 13-50323 (filed March 4, 2013) (Cleland, J.) (denied); No. 13-50444 (filed March 25, 2013) (Drain, J.) (dismissed); No.

14-50368 (filed March 21, 2014) (Drain, J.) (denied); No. 14-50315 (filed March 7, 2014) (Cleland, J.) (denied); No. 14-50441 (filed April 8, 2014) (Zatkoff, J.) (denied); No. 14-50552 (filed April 30, 2014) (Tarnow, J.) (dismissed); No. 14-50870 (filed July 1, 2014) (Roberts, J.) (denied); No. 14-50924 (filed July 11, 2014) (Cox, J.) (dismissed); No. 14-51003 (filed July 25, 2014) (Leitman, J.) (denied); No. 14-51095 (Hood, J.) (denied); 14-51245 (Lawson, J.) (denied and dismissed).

Petitioner has, yet again, sought leave to file a complaint against the Commissioner. As has already been stated in dismissing Petitioner's numerous previous complaints, the court lacks subject matter jurisdiction over Petitioner's claims, and *res judicata* bars the claims. Petitioner is attempting to relitigate claims that have already been considered and rejected in a final decision on the merits by this court. Accordingly,

IT IS ORDERED that Petitioner's October 21, 2015 request for permission to file suit against the Commissioner of Social Security (Dkt. # 1) is DENIED.

                                    s/Robert H. Cleland  
                                    ROBERT H. CLELAND  
                                    UNITED STATES DISTRICT JUDGE

Dated: September 22, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2016, by electronic and/or ordinary mail.

                                    s/Lisa Wagner  
                                    Case Manager and Deputy Clerk  
                                    (313) 234-5522